JACOB LEVY, as Administrator of the Estate of ANTONI PRYGON, Deceased, Respondent, *v.* GROVE MILLS PAPER COMPANY, Appellant.

*Levy* v. *Grove Mills Paper Co.,* 80 App. 384, appeal dismissed.
(Argued November 14, 1904; decided November 22, 1904.)

MOTION to dismiss an appeal from a judgment entered March 14, 1903, upon an order of the Appellate Division of the Supreme Court in the second judicial department, which sustained plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, reversed an order of the trial court setting aside a verdict in favor of plaintiff and dismissing the complaint, and directed judgment upon the verdict.

The motion was made upon the ground that the cause was not appealable to the Court of Appeals, being an appeal from a unanimous decision of the Appellate Division that there was evidence supporting a verdict not directed by the court, and no question of law being presented for review.

*Edward J. Collins* for motion.

*Harold H. Bowman* opposed.

Motion granted and appeal dismissed, with costs of appeal and ten dollars costs of motion.